# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GARRETT L. YOUNG

VERSUS

ZURICH AMERICAN INSURANCE
COMPANY, ET AL

NO. 2021 CW 0345

**JUNE 18, 2021**

---

In Re:   Garrett Young, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 681138.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

   **WRIT GRANTED.**   The trial court's February 5, 2021 order which granted the motion to compel neuropsychological medical examination filed by defendants, Genesis Energy, LLC, John P. Mansur, and Zurich American Insurance Company, is reversed. Defendants failed to meet their burden of proving good cause for such examination.   In addition, defendants failed to prove that their intended expert is a licensed clinical psychologist or that plaintiff provided notice of his intent to use such an expert.   Therefore, defendants have not established their entitlement to request plaintiff to submit to an additional medical examination with a clinical psychologist. See La. Code Civ. P. art. 1464.   The motion to compel neuropsychological medical examination filed by defendants is denied.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
       FOR THE COURT